IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: PAUL SANFORD & DAWN P. KLINGER   )
  )
Countrywide Home Loans,   )
        Creditor,   )
  )
    vs.   ) CASE NO. 05B24446
  ) JUDGE A. Benjamin Goldgar
PAUL SANFORD & DAWN P. KLINGER,   )
        Debtors   )

## **RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE AMOUNT**

Now comes Countrywide Home Loans, by and through its attorneys,
Pierce & Associates, P.C., and in response to the Notice of Payment
of Final Mortgage Amount and states as follows:

1.    The Debtors are due for the June 2006 contractually due
payment and all those thereafter.

2.    The following is an itemization of all outstanding
payment delegations as of the date the Notice was sent:

| | |
|---|---|
| a. Inspection | $11.50 |
| b. Cost of collection allowed but unpaid | $150.00 |
| c. Attorney's fees | $250.00 |
| Total | $411.50 |

Respectfully Submitted,
Countrywide Home Loans

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733
Pierce and Associates, P.C.
1 North Dearborn
13t$^h$ Floor
Chicago, Illinois 60602
(312)346-9088